# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Faron M. Davenport,  )
)
Plaintiff  )
)
vs.  )   Case No. _____
)   *(The case number will be assigned by the clerk)*
Vienna Correctional Center ET AL  )
Vienna C.C. Health Care  )
Vienna C.C. Nurse Practioner  )
And Warden Grissom! ET AL  )
_____  )
_____  )
_____,  )
)
Defendant(s)  )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Taron Mitchell Davenport

Prison Identification Number: K91501

Current address: Vienna Correctional Center 6695 STATE Route 146 East Vienna, Illinois 62995

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Warden "grissom" (Name)

Full Name: Vienna Correctional Center ETAL

Current Job Title: WarDen,

Current Work Address: Vienna C.C. 6695 State Route 146 EAST Vienna, Illinois 62995

Defendant #2:

Full Name: Vienna C.C. Healthcare ETAL

Current Job Title: Nurse practioner

Current Work Address: Vienna C.C. 6695 State Route 146 East, Vienna, Illinois 62995

Defendant #3:

Full Name: Vienna C.C.    ETAL    Healthcare

2

Current Job Title: _DocToR_

Current Work Address _Vienna C.C., 6695 State Route 146 EAST Vienna, Illinois 62995_

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? __2__  Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   Davenport vs Coles County - And Lyn Kirkpatrick ET AL and

2. Basic claim made  I was Hurt in A padded cell wrist cut

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  It was Settled monetarily out of court

*For additional cases, provide the above information in the same format on a separate page.*

Plaintiff: Faron Davenport VS Champaign County Sheriffs Deputy "Spence" And Sheriffs Deputy "Paigo" And Champaign County Sheriff Dept and Champaign Countys Sherriff ET AL   case No; 21-2296

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

4

My main statement of claim for my complaint is Illinois Department of Corrections, Medical Doctor at Statesville N.R.C. whom treated me for my injurys that I received while being transsported to I.D.O.C. at Statesville N.R.C. from Champaign County Jail, I also have a pending active case in the Central District for those injurys that I still suffer from to this very day time or present time, So upon being transfered from Champaign County Jail to the Department of Corrections with those injurys I needed medical treatment at Statesville N.R.C. for which I was treated by Statesville's Medical Doctor whom prescribed me various pain medications and antiinflamatorys - and crutches as well as Low Gallery and Low Bunk and Single Cell Medical Cell, for Housing - Well on 12-30-2021 because of Healthcare carelessness and total refusement to acknowledge I-D-O-C's Medical Doctors requirements for me, I've been forced to be housed on a top gallery housing unit at Vienna, Correctional Center in Vienna Illinois, for which on 12-30-2021 I suffered a horrible painful injury causing fall from the top gallery cement and iron metal stairs causing further injurys to my neck and to my back and my left side of my face is numb - had this facillity acknowledged my grievances that the nurse practioner was refusing to acknowledge my medical paper work from the medical doctor at Statesville's N.R.C. where I was treated then I wouldn't have been housed on the top gallery and I wouldn't have fallen down the stairs and further injured myself, I.D.O.C. medical Doctor ordered me to have crutches and a medical single cell and Low Gallery and Low bunk this order was ignored by Vienna's nurse practioner and jail staff ET AL and Vienna's Healthcare Department ET AL.

Also enclosed is copies of I.D.O.C., M.D. orders and copies of my grievances.

Signed Jimmie M Davenfort
#K91501
Dated 1-5-2022

## V. STATEMENT OF CLAIM   pg #2

Place(s) of the occurrence <u>Vienna Correctional Center, Housing Unit #5-D-8-Top Gallery</u>

Date(s) of the occurrence <u>12-30-2021 2nd Shift After Dinner</u> ~~#~~

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On the above Date and Time 12-30-2021 Around 4PM I was Returning Back from the Dinning Hall facility back to my Housing unit Bldg #5-D-8-Top Gallery meaning upon Returning to my unit - I have to go up 2 flights of stairs to get to my cell - while walking up the stairs my back gave out I had a sharp pain in my lower back and I Reached to grabb my back and fell backwards causing further injurys to my back and my neck and my chest Healthcare was summoned and I was taken to Health Care - where I was talk'd to very Rudely and told that I was seen moving my head from side to side as to say that nonething was wrong with me it's the same treatment and it's the only treatment I've gotten from this Healthcare Here at Vienna C.C. The Healthcare Here Lie - they will make up anything as to say nonething is wrong with me. And They Accuse me of being Arguementive - uncooperative - and insolent - That's they're strategy - I was Transfered to Vienna Correctional Center from Statesville Receiving on 11-03-2021 - and I Arrived at Statesville prison Receiving on 9-30-2021 from Champaign County Jail in Champaign

5

Illinois by the Champaign Sherriff Department Deputys Correctional officer; Spence and C/O Paige These 2 Deputys Transsported me to the Department of Corrections at Statesville by VAN - For which I was Badly injured in the Champaign County Sherriffs van while travelling to Statesville prison - Statesville prison Medical Doctor wrote me Two medical orders and medical prescriptions which are Low Bunk - Low Gallery - Crutches - Slow walk - Single Cell! The medical Doctor at Statesville Illinois Department of Corrections Gave me copys of these permits - But when I Arrived Here at Vienna, C.C. on 11-3-2021 I was Told By The Nurse practioner That No Medical Doctor at Statesville prison Have anything To do with what She wants to Do - and that my medical paper work from Statesville prison dont mean anything To Her because Now I'm Here at Vienna C.C. and What Ever The Healthcare did or Said Dont Mean anything Then this Same Nurse practitioner Told me that She believe that I manufactured my Medical paper work from Statesville prison - So this same nurse practioner Here at Vienna - Took Away my pain medications and She took Away my crutch - and She took Away my Low gallery and She kept promising me that I would not get any medical treatment Here because She claims that Statesville prison Medical Staff Dont Know Shit - up there, and that was A Quote!! So this facility inspite of A Medical Doctors Advice and written medical order To Not House me on A Top Gallery Vienna C.C.

6

ignored my medical paperwork and Housed me Anyway on A TOP Gallery Against medical Advice And Because of this irresponsible ACT of cruel and Dangerous conduct of this institution I Have Suffered A very very Bad fall Down A Whole flight of Stairs causing me more injurys To my Neck and my Back - and This facilitys Healthcare only Ask'd me Some stupid Questions Like why are you Here you are ok - I know theyre Routine already so I Just Stated that I was Hurting very Badly and that my lower Back was Hurting and my ABRoman and my neck was Hurting and out of Nowhere This Nurse said to me your Low Gallery permitt Dont mean anything in Vienna and I Said I Just Need Medical TReatment Lady please! then A Male Nurse gave me #2 Bubble packs one pack was Generic Aceftomenophin and the 2nd one was Naproxin which Says Do not take with Aspiren - and They gave me Aspiren and Naproxin So I Already Do not trust This Healthcare because of what I've exsperienced from them - they Lie - they are Rude - Dangerously careless - and Cold Hearted and I Just fell Down A flight of Stairs Backwards And I'm urinating Blood and it Hurts when I Breath And Healthcare Here wont send me to A Hospital - I was only at Healthcare for About 25 maybe 30 minutes And They made me go right BACK up The Same Stairs I JUST fell Down Backwards, so I'm Back on TOP Gallery I'm Attaching originals copys of grievances I've written since I been Here! and Here's copys of THe 2 medical Doctors order's for me To be Housed on Low Gallery

## RELIEF REQUESTED

(State what relief you want from the court.)

Immediate Release from Custody And 3 million Dollars - for pain and Suffering - Cruel and unusual punishment for violating my Constitutional Rights 8th Amendment and my 14th Amendment Rights Has been violated and 7 million for forcing me to be on Top Gallery when you knew I was medically unable to be on Top Gallery and to promise me that you would not give me medical treatment then Turn Around and write false medical Reports Saying that I Refused medical treatment Because I Refused to walk to Healthcare only to be told nonething was wrong with me

JURY DEMAND    Yes [X]    No [ ]

Signed this 30th day of December, 2021.

(Signature of Plaintiff)

Sorry I am not A Lawyer and I may Have an concussion I'm No Doctor either I need Help Legal wise and medical wise please

| Name of Plaintiff: Faron Mitchell Davenport | Inmate Identification Number: K91501 |
|---|---|
| Address: Vienna Correctional Center 6695 State Route 146 East Vienna, Illinois 62995 | Telephone Number: |

8